**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-21217-CV-WILLIAMS**

NANCY C. SALAS,

Plaintiff,

v.

MONSANTO COMPANY,

Defendant.

______________________________/

# FINAL JUDGMENT

Pursuant to the Parties' Joint Stipulation for Entry of Judgment (DE 74) and Settlement Agreement (DE 66)[1], the Court enters **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Plaintiff Nancy Salas and against Defendant Monsanto Company as to Count I in the Second Amended Complaint (DE 73), in the amount of fifty thousand dollars ($50,000.00), with each Party to bear their own costs and fees. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 19th day of November, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

[1] The Settlement Agreement was filed under seal.